IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH M. MATRANGA and VICKIE POWERS MATRANGA, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) CIVIL ACTION NO. 10-00607-KD-B |
| BOYETT PORTABLE RESTROOMS, INC., | ) ) ) ) |
| Defendant. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated September 21, 2011, is ADOPTED as the opinion of this Court.

Accordingly, defendant's motion to strike is DENIED, plaintiffs' motion to remand is GRANTED, and this action is REMANDED to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 17th day of January, 2012.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**