IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH M. MATRANGA and<br>VICKIE POWERS MATRANGA,<br><br>    Plaintiffs,<br><br>vs.<br><br>BOYETT PORTABLE RESTROOMS,<br>INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 10-00607-KD-B<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that this action is REMANDED to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 17th day of January, 2012.

                                              s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**