# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH M. MATRANGA and VICKIE POWERS MATRANGA, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CIVIL ACTION NO. 10-00607-KD-B |
| BOYETT PORTABLE RESTROOMS, INC., ) ) ) ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that this action is REMANDED to the Circuit Court of Mobile County, Alabama.

**DONE** and **ORDERED** this the 17th day of January, 2012.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**